UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-21243-BLOOM/Otazo-Reyes**

JESSIE WHEELOCK,
*and other similarly-situated individuals*

      Plaintiff,

v.

FLORIDA SECURITY SERVICES, INC.,
*individually*
ROBERTO DURAN,
*individually*

      Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [5] ("Notice"), filed on April 21, 2023. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [5]**, is **APPROVED** and **ADOPTED**;
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;
3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 21, 2023.

                                                          **BETH BLOOM**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:     Counsel of Record